## U.S. Bankruptcy Court
### Eastern District of Michigan

In re:  Bankruptcy Case No. **14–43184–pjs**
**PHILLIP CHANDLER**
    Debtor  Bankruptcy Chapter **7**

Adversary Proceeding No. **14–04270–pjs**

**PHILLIP CHANDLER**
    Plaintiff
    v.
**ECMC**
    Defendant

*REISSUED SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| |
|---|
| **Address of Clerk** |
|     **Clerk, U.S. Bankruptcy Court** |
|     **Eastern District of Michigan** |
|     **211 West Fort Street** |
|     **Detroit, Michigan 48226** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| **Name and Address of Plaintiff's Attorney** |
|     **Kurt A. OKeefe** |
|     **1593 Torrey Road** |
|     **Grosse Pointe Woods, MI 48236** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**IF THE DEFENDANT IS A CORPORATION, OTHER THAN THE DEBTOR OR A GOVERNMENT UNIT, NOTICE IS HEREBY GIVEN THAT PURSUANT TO FED.R.BANK.P.7007.1, THE DEFENDANT/CORPORATION IS REQUIRED TO FILE TWO COPIES OF A CORPORATE OWNERSHIP STATEMENT ON A FORM AVAILABLE FROM THE CLERK. [See www.mieb.uscourts.gov]**

*Date Issued:*      4/2/2014



/S/

*Katherine B. Gullo, Clerk Of Court*
*United States Bankruptcy Court*